UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAYLIN TRIMBLE,                                    )
                        Plaintiff,                 )
                                                   )        No. 1:25-cv-1151
-v-                                                )
                                                   )        Honorable Paul L. Maloney
JERICHO MARING and KYLE JUUSOLA,                   )
                        Defendants.                )
                                                   )

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff Jaylin Trimble alleges the defendants violated his civil rights.  The events giving rise to this lawsuit occurred when the two defendants, law enforcement officers, approached a vehicle for illegal parking.  The officers allegedly detained all of the individuals in the vehicle, including Plaintiff who sat in the back seat.  The officers subsequently arrested Plaintiff and placed him in the back seat of their car.  Plaintiff filed this lawsuit in September 2025 without the assistance of counsel.

Defendants filed a motion to dismiss (ECF No. 19).  The Magistrate Judge issued a report recommending this court grant Defendants' motion in part and stay this lawsuit (ECF No. 25).  The Magistrate Judge recommends dismissing Plaintiff's Fifth Amendment, Eighth Amendment, and due process claims.   The Magistrate Judge recommends denying Defendants' motion to dismiss for improper service as moot.  Finally, the Magistrate Judge recommends granting Defendants' request to stay and administratively close this lawsuit under *Younger* abstention.

Plaintiff filed objections (ECF No. 26).  Defendants did not timely file any objections.

After being served with a report and recommendation (R&R) issued by a magistrate judge, a party has fourteen days to file written objections to the proposed findings and recommendations.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).  A district court judge reviews de novo the portions of the R&R to which objections have been filed.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).  Only those objections that are specific are entitled to a de novo review under the statute.  *Mira v. Marshall*, 806 F.2d 636, 637 (6th Cir. 1986) (per curiam).

Plaintiff's objections do not address the specific findings of fact or conclusions of law set forth in the R&R.  Plaintiff generally accuses the defendants of failing to respond to his various requests for documents and also accuses them of falsifying documents.  Plaintiff requests the court stay all aspects of this lawsuit until he serves his 90-day sentence so that he can find counsel to assist him.  These objections do not provide any basis for the court to find that the Magistrate Judge's findings of fact were clearly erroneous or that the conclusions of law were contrary to law.

Accordingly, the court **ADOPTS** the report and recommendation (ECF No. 25) as its opinion.  The court **GRANTS IN PART** Defendants' motion to dismiss (ECF No. 19).  The court **STAYS**  and **ADMINISTRATIVELY CLOSES** this lawsuit.

Plaintiff may move to reopen this lawsuit within 30 days after the expiration of his appeal period in his state criminal law action or after a final decision on any appeal. The motion must describe the result in the state criminal action, including the result of any appeal.

If Plaintiff has not already filed a motion to reopen this case, no later than six months from the date of this order, Plaintiff **MUST FILE** a status report. Plaintiff must inform the court about (1) the status of any appeal, (2) any efforts to obtain counsel for the purpose of litigating this lawsuit, and (3) his intent to continue litigating this action. Failure to file a motion to reopen the lawsuit or a status report within six months will result in an order dismissing this action without prejudice. **IT IS SO ORDERED.**

Date:    April 1, 2026                                    /s/  Paul L. Maloney
                                                          Paul L. Maloney
                                                          United States District Judge